UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLB AVIATION SOUTH CAROLINA, LLC

CIVIL ACTION

VERSUS

NO. 09-66-C

JET LINX AVIATION CORPORATION
AND JAMIE WALKER

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the defendants' motion to dismiss or transfer is denied in part and granted in part, in that the motion to dismiss is denied, and the motion to transfer is granted, and this matter is transferred to the United States District Court for the District of Nebraska.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

District of NE