**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **BLB AVIATION SOUTH CAROLINA, LLC,** ) | | |
| ) | | |
| **Plaintiff,** ) | | **8:10CV42** |
| ) | | |
| **vs.** ) | | **ORDER** |
| ) | | |
| **JET LINX AVIATION CORPORATION** ) | | |
| **and JAMIE WALKER,** ) | | |
| ) | | |
| **Defendants.** ) | | |

This matter is before the court upon transfer of this case from the United States District Court for the Middle District of Louisiana. On January 29, 2010, the transferor court denied the defendants' Motion to Dismiss. Accordingly,

**IT IS ORDERED:**

1. The defendants shall have to **on or before February 16, 2010**, to file a pleading responsive to the plaintiff's complaint.

2. A telephone conference with the undersigned magistrate judge will be held on **March 1, 2010, at 11:00 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call. (At the request of the parties, the conference may be held in chambers).

DATED this 2nd day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge