IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BLB AVIATION SOUTH CAROLINA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV42 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JET LINX AVIATION CORPORATION, JAMIE WALKER, | ) ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on February 2, 2010, a letter (Filing No. 31) was sent to:

> **James Edward Lapeze**
> **Liskow & Lewis Law Firm**
> **701 Poydras Street**
> **Suite 5000**
> **New Orleans, LA 70139-5099**

from the Office of the Clerk directing that the attorney register for admission to practice in this court as required by NEGenR 1.7(d) or (f) and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. As of the close of business on April 6, 2010, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, on or before **May 23, 2010**, attorney James Lapeze shall register for admission to practice and for the System or show cause by written affidavit why the attorney cannot comply with the rules of the court.

DATED this 7th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge