IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLB AVIATION SOUTH CAROLINA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JET LINX AVIATION LLC, JET LINX AVIATION CORPORATION, JET LINX MANAGEMENT COMPANY, LLC, and JAMIE WALKER, <br> Defendants. | Case Number: 8:10-CV-42 <br><br><br><br> **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For BLB Aviation South Carolina, LLC | 7/13/11 |
| [signature] | For Jet Linx Aviation LLC | 7/13/11 |
| [signature] | For Jet Linx Aviation Corporation | 7/13/11 |
| [signature] | For Jet Linx Management Company, LLC | 7/13/11 |
| [signature] | For Jaime Walker | 7/13/11 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

July 15, 2011
Date

[signature] F Bataillon
United States District Judge

4818-8070-7850, v. 2