IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BLB AVIATION SOUTH CAROLINA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10CV42 |
| vs. | ) | |
| | ) | |
| JET LINX AVIATION LLC, JET LINX | ) | **ORDER** |
| AVIATION CORPORATION, JET | ) | |
| LINX MANAGEMENT COMPANY, | ) | |
| LLC, and JAMIE WALKER, | ) | |
| | | |
| Defendants. | | |

Before the Court is the request for transcript of a bench trial held on February 6-8, 2012 [180].

IT IS ORDERED:

1.    The request for transcript, filing [180] is granted.

2.    Defendant and Counter Claimant, Jet Linx Aviation Corporation, et al., is ordered to pay to the Clerk of Court the amount of $2,000.00.  Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.  Likewise, should the cost of the transcript be less than $2,000.00 a refund check will be issued.

3.    Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the bench trial held on February 6-8, 2012.  A paper copy of the transcript shall be mailed to the requestor.

Dated: February 13, 2012.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge