IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLB AVIATION SOUTH CAROLINA, LLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>JET LINX AVIATION LLC, JET LINX  )<br>AVIATION CORPORATION, JET  )<br>LINX MANAGEMENT COMPANY,  )<br>LLC, and JAMIE WALKER,  )<br>  )<br>  Defendants.  ) | 8:10CV42<br><br>**ORDER** |

Before the Court is the request for transcript of a bench trial held on February 6-8, 2012 [180].

IT IS ORDERED:

1. The request for transcript, filing [180] is granted.

2. Defendant and Counter Claimant, Jet Linx Aviation Corporation, et al., is ordered to pay to the Clerk of Court the amount of $2,000.00. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $2,000.00 a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the bench trial held on February 6-8, 2012. A paper copy of the transcript shall be mailed to the requestor.

Dated: February 13, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge