IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BLB AVIATION SOUTH CAROLINA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV42 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JET LINX AVIATION LLC, JET LINX AVIATION CORPORATION, JET LINX MANAGEMENT COMPANY, LLC, and JAMIE WALKER, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 206). In accordance with such mandate, the court will determine the amount of damages due the plaintiff on the issue of defendants' (Jet-Linx's) failure to maintain the maintenance records and part tags for the subject aircraft. To assist the court in such determination,

**IT IS ORDERED:**

1. The parties shall file a memorandum in support of their position **on or before July 7, 2014.**

2. The parties shall have to **on or before July 15, 2014**, in which to file a reply memorandum.

DATED this 19th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge