## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BLB AVIATION SOUTH CAROLINA, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**JET LINX AVIATION CORPORATION, JAMIE WALKER, JET LINX AVIATION LLC, and JET LINX MANAGEMENT COMPANY, LLC,**<br><br>　　　　**Defendants.** | **8:10CV42**<br><br>**AMENDED JUDGMENT** |

In accordance with the court's September 27, 2012, Order and today's Order,

**IT IS ORDERED AND ADJUDGED:**

1. Judgment is granted in favor of BLB and against Jet Linx for breach of contract in the amount of $141,400 for unpaid lease payments and in the amount of $22,553.17 for overpaid maintenance costs. Judgment is granted in favor of the defendants and against the plaintiff on the plaintiff's remaining claims.

2. Judgment is granted in favor of Jet Linx and against BLB for breach of contract in the amount of $158,014.98 for maintenance costs resulting from the oil loss incident.

Dated this 17th day of September, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge