# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLB AVIATION SOUTH CAROLINA, LLC, | Case No: 8:10CV42 |
| Plaintiff, | ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| vs. | |
| JET LINX AVIATION CORPORATION, et al., | |
| Defendants. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff and defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibits from bench trial held on 02/06/12

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

**IT IS SO ORDERED.**

DATED this 5th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge